# UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAHNEEN SLANTIS, | : | No. 1:09-cv-049 |
| Plaintiff, | : | |
| | : | Judge Conner |
| v. | : | |
| | : | Jury Trial Demanded |
| CAPOZZI & ASSOCIATES, P.C., | : | |
| Defendant. | : | *Electronically Filed* |

# ORDER

NOW, this _____ day of _____ 2009, upon Plaintiff's Motion to Disqualify Defendant's Counsel, said Motion is GRANTED. Attorneys from the law firm of Capozzi & Associates, P.C. are disqualified under L.R. 43.1 from representing a party to this action. Defendant is to appoint substitute counsel within ___ days of this Order.

_____
Judge Christopher C. Conner
United States District Judge