IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LAHNEEN SLANTIS,** | : | CIVIL ACTION NO. 1:09-CV-0049 |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **CAPOZZI & ASSOCIATES, P.C.,** | : | |
| Defendant | : | |

## ORDER

AND NOW, this 24th day of June, 2009, upon consideration of the motion (Doc. 17) to disqualify defendant's counsel, and of the brief in support thereof (Doc. 18), which was filed on May 29, 2009, and it appearing that as of the date of this order defendants have not filed a brief in opposition to the motion, see L.R. 7.6 ("Any party opposing any motion shall file a responsive brief . . . within fifteen (15) days after service of the movant's brief . . . ."), it is hereby ORDERED that defendant shall file papers in opposition to the motion on or before July 6, 2009. Failure to file a brief in opposition may result in the motion to disqualify being granted as unopposed. See id. ("Any respondent who fails to [file a brief in opposition to a motion] shall be deemed not to oppose such motion.").

                                                                               S/ Christopher C. Conner
                                                                              CHRISTOPHER C. CONNER
                                                                              United States District Judge