# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LAHNEEN SLANTIS,** | : | **CIVIL ACTION NO. 1:09-CV-0049** |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **CAPOZZI & ASSOCIATES, P.C.,** | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 20th day of August, 2009, upon consideration of plaintiff's motion to disqualify (Doc. 17) defendant's counsel, of the document (Doc. 20) filed as a motion in opposition to the same, and of the motion to withdraw (Doc. 28) the motion to disqualify (Doc. 17), and it appearing that the document (Doc. 20) filed as a motion in opposition is, in reality, a response to the motion to disqualify, and that it is therefore improperly docketed as a motion, it is hereby ORDERED that:

1. The Clerk of Court is instructed to TERMINATE the motion (Doc. 20) in opposition to the motion to disqualify and to AMEND the description accompanying Docket Entry No. 20 to read: "Response to the motion to disqualify (Doc. 17) defendant's counsel."

2. The motion to withdraw (Doc. 28) the motion to disqualify (Doc. 17) is DENIED.

3. The motion to disqualify (Doc. 17) defendant's counsel is GRANTED for the reasons set forth in Local Rule 43.1.

                                                       S/ Christopher C. Conner  
                                                      CHRISTOPHER C. CONNER  
                                                      United States District Judge